UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

In Re:                                                                          ORDER OF DISMISSAL
                                                                                              FOR
**Tronox Incorporated**                                              FAILURE TO PROSECUTE
                                                                                 BANKRUPTCY APPEAL

-------------------------------------------------X                   21-CV-8429 JPC

FROM:   VITO GENNA, CLERK
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                                    BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/27/2021
APPELLANT: Demetrius Burgin
BANKRUPTCY DOCUMENT #: 9741

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    _X_  FRBP 8009
    ___  Federal Rules of Civil Procedure (Rule _____)
    _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **June 16, 2022**                                                Vito Genna, Clerk
               New York, New York                                          U.S. Bankruptcy Court, SDNY

                                                                                       By:    s/ Anatin Rouzeau
                                                                                                       Deputy Clerk

ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ____June 21_____ 20_22_                    _____
             New York, New York                                        Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                 Ruby J. Krajick , Clerk
                                                                                        District Court, SDNY

                                                                                     By: _____
                                                                                                  Deputy Clerk